# EXHIBIT B

**Professionals Utilized in the Ordinary Course of Business**

| Professional | Services Provided |
|---|---|
| HCVT LLP | CPA-Taxes |
| Decker Farrell & McCoy | 401k Auditors |
| SINGERLEWAK | Financial auditors |
| BALLARD ROSENBERG GOLPER & SAVITT, LLP | Legal Services - workers comp., employee related claims |
| CISLO & THOMAS LLP | Legal Services - trademark, corporate law matters |