IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) Case No.: 18-10474 (LSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket Nos. 5 and 74** |

**NOTICE OF ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO FILE (A) CONSOLIDATED LIST OF CREDITORS AND (B) CONSOLIDATED LIST OF DEBTORS' TOP THIRTY UNSECURED CREDITORS; AND (II) GRANTING RELATED RELIEF**

TO: (a) the Office of the United States Trustee; (b) counsel for the DIP Agent, DIP Term Agent, the Prepetition Senior Agent, and the Prepetition Term Agent; (c) counsel to the Prepetition Subordinated Creditors, (d) the Debtors' thirty largest unsecured creditors on a consolidated basis; (e) counsel to any official committee appointed in these cases; and (f) parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on March 6, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Laurie Selber Silverstein at the Bankruptcy Court on March 8, 2018. The Bankruptcy Court entered relief on the *Debtors' Motion for Order: (I) Authorizing Debtors to File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Thirty Unsecured Creditors; and (II) Granting Related Relief* [Docket No. 5],

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

attached hereto as Exhibit 1, and entered the *Order (I) Authorizing the Debtors to File (A) Consolidated List of Creditors and (B) Consolidated List of Debtors' Top Thirty Unsecured Creditors; and (II) Granting Related Relief* [Docket No. 74], attached hereto as Exhibit 2.

Dated:  March 9, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Victoria A. Newmark (CA Bar No. 183581)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail:  joneill@pszjlaw.com
         jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         vnewmark@pszjlaw.com

Proposed Attorneys for Debtors and Debtors in Possession