**<u>Exhibit 2</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) | Case No.: 18-10474 (LSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. 5** |

**ORDER (I) AUTHORIZING THE DEBTORS FILE (A) CONSOLIDATED
LIST OF CREDITORS AND (B) CONSOLIDATED LIST OF
DEBTORS TOP THIRTY UNSECURED CREDITORS;
<u>AND (II) GRANTING RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in

possession (the "<u>Debtors</u>"), for entry of an order pursuant to sections 105 and 521 of title 11 of

the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), Rule 1007

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rules 1001-1(c) and

1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "<u>Local Rules</u>") (i) authorizing the Debtors to file (a) a

consolidated list of creditors in lieu of submitting separate mailing matrices for each Debtor and

(b) a consolidated list of the Debtors' thirty (30) largest unsecured creditors; and

(ii) granting related relief; and upon consideration of the First Day Declaration; and adequate

notice of the Motion having been given as set forth in the Motion; and it appearing that no other

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736).  The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Docket # 74
Date: 3/8/18

or further notice is necessary; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order

of Reference from the United States District Court for the District of Delaware, dated February

29, 2012; and the Court having determined that consideration of the Motion is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual

bases set forth in the Motion and the First Day Declaration establish just cause for the relief

requested in the Motion, and that such relief is in the best interests of the Debtors, their estates,

their creditors, and the parties in interest; and upon the record in these proceedings; and after due

deliberation;

## IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The requirement of Local Rule 2002-l(f)(v) that separate mailing matrices

be submitted for each Debtor is permanently waived.

3.      The Debtors are authorized to submit a consolidated list of their top thirty

(30) unsecured creditors.

4.      Notwithstanding any provision in the Federal Rules to the contrary, (i) the

terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors

are not subject to any stay in the implementation, enforcement or realization of the relief granted

in this Order, and (iii) the Debtors may, in their discretion and without further delay, take any

action and perform any act authorized under this Order.

5.    The Court retains jurisdiction with respect to all matters arising from or

related to the interpretation, implementation or enforcement of this Order

Dated: _March 8_, 2018

_____
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE