IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) | Case No.: 18-10474 (LSS) Jointly Administered |
| | ) | |
| Debtors. | ) | |

## NOTICE OF REJECTION OF UNEXPIRED CONTRACTS AND LEASES AND ABANDONMENT OF PERSONAL PROPERTY

**PLEASE TAKE NOTICE** that on April 4, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Procedures Order") in the above-referenced chapter 11 cases of The Walking Company Holdings, Inc., and its affiliated debtors (collectively, the "Debtors"), establishing among other things procedures (the "Rejection Procedures") for the rejection of executory contracts (each a "Contract" and collectively, the "Contracts") and unexpired leases (each a "Lease" and collectively, the "Leases") and abandonment of personal property, if any, in leased premises.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of their intent to reject the below-referenced Contracts and Leases. Pursuant to the terms of the Procedures Order, unless a written objection is filed and served in accordance with the terms of the Procedures Order, the following Contracts and Leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the later of (a) the date of this Notice, unless otherwise agreed, in writing, by the Debtors and the counterparty to the applicable Lease, (b) the date the Debtors relinquish control of the applicable leased premises by (i) return of the keys and, if applicable, key codes and security codes to the affected landlord or (ii) notifying the affected landlord in writing that the keys, key codes, and/or security codes, if any, are not available, but the landlord may rekey the leased premises or (c) the Effective Date of Rejection if one is set forth below in this Notice (the "Rejection Date"):

**NONRESIDENTIAL REAL PROPERTY LEASES[2]**

| Address of Subject Property | Remaining Lease Term | Landlord Name/Address | Effective Date of Rejection |
|---|---|---|---|
| CP Commercial Delaware, LLC c/o Robert L. Stark Enterprises, Inc. 1350 W. 3rd Street Cleveland, OH 44113 | 05/31/25 | Real Property Lease Store #430 – Crocker Park 252 Crocker Park Blvd Westlake, OH 44145 | April 13, 2018 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

[2] The inclusion of a Contract or Lease in this notice does not constitute an admission that such Contract or Lease is an executory contract or unexpired lease, and is only rejecting to the extent it is so.

| Address of Subject Property | Remaining Lease Term | Landlord Name/Address | Effective Date of Rejection |
|---|---|---|---|
| FC Yonkers Associates, LLC<br>Attn: Associate General Counsel, Leasing<br>600 Superior Avenue East, Suite 1500<br>Cleveland, OH 44114<br><br>and:<br>Mortgage Holder:<br>Morgan Stanley Mortgage Capital Holdings LLC, as Admin Agent<br>1585 Broadway<br>New York, New York 10036 | 12/31/18 | Real Property Lease<br>Store #420 – Ridge Hill<br>Unit No. 1760<br>121 Market Street<br>Yonkers, NY 10710 | April 13, 2018 |
| Florida Mall Associates, Ltd.<br>c/o M.S. Management Associates Inc.<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | 03/31/20[3] | Real Property Lease<br>Store #357 - Florida Mall<br>8001 S. Orange Blossom Trail, Room 422<br>Orlando, FL 32809 | April 27, 2018 |
| Simi Entertainment Plaza LLC<br>c/o Riverrock Real Estate Group<br>Attn: Property Manager<br>5000 E. Spring Street<br>Long Beach, CA 90815<br><br>with a copy to:<br>Simi Entertainment Plaza LLC<br>c/o CNA Enterprises, Inc.<br>Attn: VP of Asset Management<br>1901 Avenue of the Stars, Suite 855<br>Los Angeles, CA 90067<br><br>and:<br>Norman D. Sloan, Esq.<br>Gipson Hoffman & Pancione<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067 | 01/31/20 | Real Property Lease<br>Store #2002 – Simi Valley Rx<br>Civic Center Plaza<br>Suite A<br>2667 Tapo Canyon Rd<br>Simi Valley, CA 93063 | April 13, 2018 |
| Mall of Georgia, L.L.C.<br>225 W. Washington Street<br>Indianapolis, IN 46204 | 03/31/20 | Real Property Lease<br>Store #170 – Mall of Georgia<br>3333 Buford Dr., Room 1039A<br>Buford, GA 30519 | April 18, 2018 |
| Simon Property Group, Inc.<br>c/o M.S. Management Associates<br>225 W. Washington Street<br>Indianapolis, IN 46204 | 03/31/20 | Real Property Lease<br>Store #297 – Ocean County Mall<br>1201 Hooper Ave., Room 1018<br>Toms River, NJ 08753 | April 18, 2018 |

---

[3] The listed date is the last day of the remaining original term of the lease, as amended. Prepetition the landlord issued a notice dated February 9, 2018 electing to terminate the lease prior to the end of the remaining original term pursuant to the terms of the lease.

**PERSONAL PROPERTY TO BE ABANDONED:**

| | |
|---|---|
| Crocker Park 3430<br>Florida Mall #357<br>Ocean County #297<br>Mall of Georgia #170 | Cash wrap, Stock Room Shelving Package- all items affixed to the property. |
| Ridge Hill #420 | Stock Room Shelving Package, Cash wrap, Exterior Sign- all items affixed to the property |
| Simi #2002 | Stock Room Shelving Package, 42" LED TV, Cash Wrap, Exterior Brand sign- all items bolted and/or affixed to the property. |

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Notice must be filed and served so that such objection is filed with the Bankruptcy Court and actually received by the following parties no later than ten (10) calendar days after the date this Notice is filed: (i) The Debtors, 25 W. Anapamu, Santa Barbara, CA 93101 (Attn: Tony Wall); (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: James E. O'Neill, Esq.; and Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Attn: Jeffrey W. Dulberg, Esq.; (iii) counsel to the DIP Agent, DIP Term Agent, the Prepetition Senior Agent, and the Prepetition Term Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: Kevin J. Simard, Esq., and Womble Bond Dickinson, 222 Delaware Avenue, 15th Floor, Wilmington, DE 19801, Attn: Matthew P. Ward, Esq.; (iv) counsel to the Prepetition Subordinated Creditors, Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067-4276, Attn: Jeffrey M. Reisner, Esq., (v) the Office of the United States Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington, DE 19801, Attn: Mark Kenney, Esq.; and (vi) Kelley Drye & Warren LLP (Attn: Robert L. LeHane, Esq.) and Klehr Harrison Harvey Branzburg LLP (Attn: Domenic E. Pacitti, Esq.) counsel to the official committee of unsecured creditors appointed in these cases (collectively, the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that if an objection to this Notice is timely filed and served, the Debtors shall seek a hearing on such objection and shall provide at least seven days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable Contract or Lease, then the applicable Contract or Lease shall be deemed rejected (a) as of the Rejection Date or (b) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with the Contract or Lease counterparty as a security deposit or otherwise, the Contract or Lease counterparty may not setoff or otherwise use such deposit without the prior authorization of the Bankruptcy Court or the agreement of the Debtors, after prior consultation with the advisors to the Prepetition Lenders.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any Lease, you must submit a proof of claim for damages arising from such rejection, on or before the later of (a) the deadline for filing proofs of claim established by the Court in the Debtors' cases, or (b) 45 days after the Rejection Date. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced Contract or Lease or from participating in any distributions that may be made in connection with these chapter 11 cases.

| | |
|---|---|
| Dated: April 13, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
_____
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Victoria A. Newmark (CA Bar No. 183581)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100 / Fax: (302) 652-4400
E-mail:  jpomerantz@pszjlaw.com
        jdulberg@pszjlaw.com
        joneill@pszjlaw.com
        vnewmark@pszjlaw.com

Attorneys for Debtors and Debtors in Possession