# EXHIBIT 1

## Note Term Sheet

# NOTE TERM SHEET

This term sheet (the "Term Sheet") dated March 4, 2018 summarizes the material terms and conditions of the agreement of the holders (the "Noteholders") of the 8.375% Convertible Notes Due 2019 (the "Notes") issued by The Walking Company Holdings, Inc. (the "Company") in regard to proposed changes to the Notes. This Term Sheet is non-binding and the Noteholders will not be legally bound unless and until each of the Noteholders and the Company execute and deliver a binding amendment to the Note owned by such Noteholder or an amended and restated Note with respect to such Noteholder (each a "Note Amendment") and only to the extent provided therein. All capitalized terms not defined herein shall have the meaning provided in the Notes.

| | |
|---|---|
| The Company: | The Walking Company Holdings, Inc. |
| The Amendment | The Note Amendment will provide that:<br>1. The Maturity Date shall be extended three years (to March 31, 2022)<br>2. All unpaid Interest that is due and payable through and including the Closing Date (which is expected to be the Interest for the two quarters ending June 30, 2018) shall be capitalized (i.e., added to the principal amount of the Notes). As to each such unpaid quarterly Interest payment, Interest shall accrue from the date such payment was due at the rate of 10.375%, as provided in the Notes.<br>3. The Company will agree to be bound by certain affirmative and negative covenants that are customary in loan transactions of this nature. |
| Warrants: | In consideration of the Note Amendment, the Noteholders collectively will be issued warrants (the "Warrants") to purchase 7.5% of the outstanding Common Stock of the Issuer (taking into account (i) the stock being issued to the "Investors" as of the Closing Date and (ii) the stock and/or options allow to be issued to Key Employees of the Company, as provided in the Equity Term Sheet). The term of the Warrants shall be as agreed. The exercise price of the Warrants will be the same as the purchase price being paid by the Investors for the Common Stock, which is a total of $37,500 for 7.5% of the stock of the Issuer.<br><br>Neither the issuance of the Warrants or the underlying Common Stock will be registered, nor will there be any registration rights in regard thereto. |
| Conditions to the | The Company has provided the Noteholders with a Chapter 11 Plan of Reorganization (the "Plan") and Disclosure Statement in Support of |

| | |
|---|---|
| Amendment | Debtors' Joint Plan of Reorganization (the "Disclosure Statement"), copies of which are attached hereto as Exhibits A and B. The conditions to effectiveness of the Note Amendment will be that (1) the Bankruptcy Court confirms the Plan, (2) the Plan becomes effective, (3) the Investors will pay $10 million to the Company in return for the issuance of the Securities, as provided for in the Equity Term Sheet, (4) each of the Noteholders and the Company execute and deliver a Note Amendment with respect to such Noteholder's Note and (5) the Senior Agent consents to the Note Amendment. |
| Legal Fees: | The Company will pay the reasonable legal fees and expenses incurred by the Noteholders associated with this Term Sheet, the Note Amendment and the closing of the transactions contemplated hereby. |
| Representations and Warranties: | In connection with the execution of the Note Amendment, the Company will provide to Noteholders representations and warranties usual and customary for transactions of this type, including without limitation, corporate existence and good standing, corporate power and authority, due authorization, no conflict with material agreements, and enforceability. |

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS]*

IN WITNESS WHEREOF, the undersigned have executed this Term Sheet as of the date first above written.

**THE COMPANY:**

**The Walking Company Holdings, Inc.**

By: *[signature]*
Its: Anthony Wall, EVP & GC

**THE NOTEHOLDERS:**

**The Cotsen Foundation for the Art of Teaching**

By: _____
Its: _____

    Current principal amount of Notes:    $4,148,607.71

**The Kayne Foundation**

By: _____
Its: _____

    Current principal amount of Notes:    $2,074,303.86

**KA Sabes Investment LLC**

By: _____
Its: _____

    Current principal amount of Notes:    $3,235,914.02

---

**Richard Kayne, Trustee of
the Richard & Suzanne Kayne Living Trust dtd 1/14/99**

    Current principal amount of Notes:    $560,062.04

---

**Robert Schnell, Trustee of
The Robert & Renee Schnell Living Trust UAD 12/6/1991**

    Current principal amount of Notes:    $829,721.54

*[SIGNATURE PAGE TO NOTES TERM SHEET]*

IN WITNESS WHEREOF, the undersigned have executed this Term Sheet as of the date first above written.

**THE COMPANY:**

**The Walking Company Holdings, Inc.**

By: _____
Its: _____

**THE NOTEHOLDERS:**

**The Cotsen Foundation for the Art of Teaching**

By: *David Shladovsky* (signature)
Its: *General Counsel of Manager*

    Current principal amount of Notes:   $4,148,607.71

**The Kayne Foundation**

By: (signature)
Its: _____

    Current principal amount of Notes:   $2,074,303.86

**KA Sabes Investment LLC**

By: *David Shladovsky* (signature)
Its: *General Counsel of Manager*

    Current principal amount of Notes:   $3,235,914.02

_____ (signature)
**Richard Kayne, Trustee of**
**the Richard & Suzanne Kayne Living Trust dtd 1/14/99**

    Current principal amount of Notes:   $560,062.04

_____
**Robert Schnell, Trustee of**
**The Robert & Renee Schnell Living Trust UAD 12/6/1991**

    Current principal amount of Notes:   $829,721.54

*[SIGNATURE PAGE TO NOTES TERM SHEET]*

IN WITNESS WHEREOF, the undersigned have executed this Term Sheet as of the date first above written.

THE COMPANY:

The Walking Company Holdings, Inc.

By: _____
Its: _____

THE NOTEHOLDERS:

The Cotsen Foundation for the Art of Teaching

By: _____
Its: _____

Current principal amount of Notes:   $4,148,607.71

The Kayne Foundation

By: _____
Its: _____

Current principal amount of Notes:   $2,074,303.86

KA Sabes Investment LLC

By: _____
Its: _____

Current principal amount of Notes:   $3,235,914.02

_____
Richard Kayne, Trustee of
the Richard & Suzanne Kayne Living Trust dtd 1/14/99

Current principal amount of Notes:   $560,062.04

*/s/ Robert Schnell*
Robert Schnell, Trustee of
The Robert & Renee Schnell Living Trust UAD 12/6/1991

Current principal amount of Notes:   $829,721.54

[SIGNATURE PAGE TO NOTES TERM SHEET]

DOCS\_LA:312852.6 01079/002