IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) | Case No.: 18-10474 (LSS) Jointly Administered |
| | ) | |
| Debtors. | ) | |

**DEBTORS' NOTICE OF (I) ASSUMPTION OF CONTRACTS AND LEASES, (II) FIXING OF CURE AMOUNTS, AND (III) DEADLINE TO OBJECT THERETO**

**TO: (A) THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE CONTRACT COUNTERPARTIES; AND (D) OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that the Debtors propose to assume the contracts listed on **Exhibit A** hereto (collectively, the "Assumed Contracts") on the Effective Date of the *Debtors' First Amended Joint Plan of Reorganization* dated April 20, 2018 (as amended, modified or supplemented, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE that you are receiving this notice (the "Cure Notice") because you or one of your affiliates is a counterparty to one or more of the Assumed Contracts listed on Exhibit A hereto (the "Assumption and Cure Schedule").**

**PLEASE TAKE FURTHER NOTICE** that the Debtors have conducted a review of their books and records and have determined that the cure costs or expenses for unpaid

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

monetary obligations under such Assumed Contracts are as set forth on the Assumption and Cure Schedule (the "Cure Costs").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Costs, object to the ability of the Debtors and/or the Reorganized Debtors to provide adequate assurance of future performance with respect to any Assumed Contracts, or otherwise object to the proposed assumption of the Assumed Contracts, you must file with the Court and serve an objection (an "Objection") on the following parties so as to be actually received no later than **May 28, 2018 at 4:00 p.m. (Eastern time)** (the "Objection Deadline"):

   a. Debtors, The Walking Company Holdings, Inc., et al., 25 W. Anapamu, Santa Barbara, CA 93101 (Attn: Anthony J. Wall) and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: James E. O'Neill, Esquire);

   b. Counsel for the DIP Agent, DIP Term Agent, the Prepetition Senior Agent, and the Prepetition Term Agent, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard, Esquire), and Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, 15th Floor, Wilmington, DE 19801 (Attn: Matthew P. Ward, Esquire);

   c. Counsel to the Prepetition Subordinated Creditors, Irell & Manella LLP, 1800 Avenue of the Starts, Suite 900, Los Angeles, CA 90067 (Attn: Jeffrey M. Reisner, Esquire);

   d. The Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark S. Kenney, Esquire);

   e. Counsel to the official committee of unsecured creditors, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn: Robert L. LeHane, Esquire and Jason R. Adams, Esquire), and Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, DE 19801 (Attn: Domenic E. Pacitte, Esquire and Sally E. Veghte, Esquire); and

   f. All other parties in interest that have filed requests for notice pursuant to Bankruptcy Rule 2002 in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE that all Objections must (a) be in writing; (b) state the name and address of the objecting party; and (c) set forth with**

**specificity any cure obligations that the objecting counterparty asserts must be cured or satisfied in respect of the Assumed Contract(s) and/or any objections to the potential assumption of the Assumed Contract(s), with all documentation supporting such Objection.**

PLEASE TAKE FURTHER NOTICE that, on **June 12, 2018 at 10:00 a.m. (Eastern time)**, a hearing to consider confirmation of the Plan (the "Confirmation Hearing") is scheduled to be held before the Honorable Laurie Selber Silverstein (United States Bankruptcy Judge) at the United States Bankruptcy Court for the District of Delaware 824 Market Street, 6th Floor, Wilmington, Delaware. The Confirmation Hearing may be continued from time to time by the Court without further notice other than the announcement of the adjourned date at the Confirmation Hearing or any continued hearing.

PLEASE TAKE FURTHER NOTICE that any party that fails to file an Objection by the Objection Deadline shall be deemed to have consented to the assumption of the Assumed Contract(s) and the Cure Costs proposed by the Debtors and shall be forever enjoined and barred from seeking any additional amount(s) on account of the Debtors' cure obligations under section 365 of the Bankruptcy Code or otherwise from the Debtors, their estates, or the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby reserve all rights to amend, revise, or supplement any documents relating to the Plan and/or to be executed, delivered, assumed, and/or performed in connection with the consummation of the Plan on the Effective Date, including the Assumption and Cure Schedule.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding anything contained herein, this Cure Notice shall not be deemed to be an assumption, rejection, or termination of any of the Assumed Contracts. Moreover, notwithstanding anything contained in this Cure Notice, the Debtors reserve the right to reach and/or enforce agreements with counterparties to the Assumed Contracts for payment of Cure Costs lower than stated in the Assumption and Cure Schedule and to pay such agreed-upon Cure Costs over time following the Effective Date of the Plan. Moreover, the Debtors explicitly reserve their rights to reject or assume each Assumed Contract pursuant to section 365(a) of the Bankruptcy Code and nothing herein (a) alters in any way the prepetition nature of the Assumed Contracts or the validity, priority, or amount of any claims of a counterparty to an Assumed Contract against the Debtors that may arise under such Assumed Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of an counterparty to an Assumed Contract against the Debtors that may arise under such Assumed Contract.

Dated: May 11, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Victoria A. Newmark (CA Bar No. 183581)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         joneill@pszjlaw.com
         vnewmark@pszjlaw.com

Attorneys for Debtors and Debtors in Possession