# EXHIBIT A

**Assumption and Cure Schedule**

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| 380 A&B Saint Armand's Circle, LLC | Real Estate Lease for (376) St Armand's Circle | $35,558.73 |
| AEI Naperplace, LLC | Real Estate Lease for Westlake - Main | $55,930.85 |
| American Express | Amex credit card processing-Holdings | $0.00 |
| American Express | Amex credit card processing - BD Online | $0.00 |
| American Express | Amex credit card processing-BD Stores | $0.00 |
| American Express | Amex credit card processing-TWC Online | $0.00 |
| American Express | Amex credit card processing-TWC Stores | $0.00 |
| American Express | Amex credit card processing-FSI Online | $0.00 |
| Aptos Canada Inc. | Software Maintenance - Store 6.4, CRM & Clienteling | $37,074.45 |
| AT&T | AT&T NetBond Service to Box and Azure | $4,523.99 |
| AT&T | AT&T Enterprise Hosting (Lithium Springs) | $2,030.70 |
| AT&T | AT&T Business Network Services | $0.00 |
| AT&T | AT&T Internet Services | $10,667.10 |
| AT&T | AT&T IP Flexible Reach | $0.00 |
| AT&T | AT&T IP Toll-Free | $0.00 |
| AT&T Capital Services | (3) Cisco 3945 Servers | $0.00 |
| Bazaarvoice Inc | Website Product Rating Reviews service Provider (TWC/FS) | $0.00 |
| Bell Tower Shops, LLC | Real Estate Lease for (374) Bell Towers | $10,708.11 |
| Bellevue Square LLC | Real Estate Lease for (109) Bellevue Square | $13,988.30 |
| BELLEVUE SQUARE MERCHANTS | Real Estate Lease for (109) Bellevue Square | $398.01 |
| Berkley Life and Health Insurance Company | Stop Loss Insurance Policy | $0.00 |
| Big Box Property Owner E, LLC | Real Estate Lease for Lincolnton, NC Additional Storage Space | $165,135.16 |
| BMW Financial Services | 2018 BMWi | $0.00 |
| Bohannon Development Company | Real Estate Lease for (208) Hillsdale Shopping | $16,674.64 |
| Box | Cloud Based Storage Platform for Corporate | $0.00 |
| Carolina Office Systems | Managed Print Services for Xerox D95 | $616.04 |
| Carolina Office Systems | Managed Print Services for HP Printers | $0.00 |
| CBL | Real Estate Lease for (207) Triangle Town Center | $47,137.38 |
| CBL | Real Estate Lease for (272) West Towne Mall | $1,882.54 |
| CBL | Real Estate Lease for (308) Oak Park Mall | $52,605.74 |
| CBL | Real Estate Lease for (323) Brookfield Square | $33,228.44 |
| CBL | Real Estate Lease for (332) Fayette Mall | $18,050.19 |
| CBL | Real Estate Lease for (358) Cary Towne Center | $25,730.70 |
| CBL | Real Estate Lease for (399) Hamilton Place | $13,660.53 |
| CBL | Real Estate Lease for (407) Hanes Mall | $10,551.93 |
| CENTENNIAL | Real Estate Lease for (211) Main Place/Santa Ana | $12,431.92 |

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
| --- | --- | --- |
| CENTENNIAL | Real Estate Lease for (320) Hawthorn Center | $43,457.47 |
| CENTENNIAL | Real Estate Lease for (404) Vancouver Mall | $28,601.12 |
| CEP Town & Country Investors LLC | Real Estate Lease for (402) Palo Alto Town & Country Village | $16,002.28 |
| Ceridian | HCM Timekeeping | $0.00 |
| Chase Paymentech | V/M/D credit card processing-TWC Online | $0.00 |
| Chase Paymentech | V/M/D credit card processing-BD Online | $0.00 |
| Chase Paymentech | V/M credit card processing-FSI Online | $0.00 |
| Chesterfield Mall, LLC | Real Estate Lease for (298) Chesterfield Mall | $8,230.00 |
| Chino Dunhill, LLC | Real Estate Lease for (361) Chino Hills | $(4,189.52) |
| CSHV HCG Retail, LLC | Real Estate Lease for (370) Hill Country Galleria | $10,581.66 |
| Curvature | IT Hardware Maintenance - Servers & Storage | $0.00 |
| CVM Holdings, LLC | Real Estate Lease for (424) Crabtree Valley Mall | $12,513.16 |
| DDR Deer Park Town Center | Real Estate Lease for (185) Deer Park Town Centre | $20,663.31 |
| Direct Systems Support | IBM iSeries Server Hardware and Software Maintenance | $0.00 |
| Discover | Discover credit card processing-FSI Online | $0.00 |
| Dulles Town Center Mall, L.L.C. | Real Estate Lease for (177) Dulles Town Center | $9,734.46 |
| EAST CONCEPT EXPORT (HK) | BUYING AGENCY AGREEMENT | $0.00 |
| Edgar Leighton & Dorothy Leighton | Real Estate Lease for (431) Freeport Village | $7,417.80 |
| Estate of Mary C. Orci, Deceased | Real Estate Lease for (169) Georgetown | $29,847.62 |
| FedEx | Pricing agreement | $0.00 |
| Fidelity Management Trust Company | 401k provider | $0.00 |
| First American | V/M/D credit card processing-TWC Stores | $0.00 |
| First American | V/M/D credit card processing-BD Stores | $0.00 |
| FORBES | Real Estate Lease for (127) Somerset Collection | $26,399.36 |
| FORBES | Real Estate Lease for (131) The Gardens | $43,779.78 |
| GGP | Real Estate Lease for (115) Pioneer Place | $35,832.46 |
| GGP | Real Estate Lease for (126) Clackamas Town Center | $65,568.84 |
| GGP | Real Estate Lease for (143) Watertower-Chicago | $150,445.61 |
| GGP | Real Estate Lease for (149) Christiana Mall | $92,267.86 |
| GGP | Real Estate Lease for (150) Kenwood Towne Centre | $49,444.83 |
| GGP | Real Estate Lease for (152) Glendale Galleria | $507.87 |
| GGP | Real Estate Lease for (152) Glendale Galleria | $81,188.70 |
| GGP | Real Estate Lease for (167) Perimeter - Atlanta | $40,525.77 |
| GGP | Real Estate Lease for (173) Mall In Columbia | $53,398.61 |
| GGP | Real Estate Lease for (210) Natick Mall | $66,771.53 |
| GGP | Real Estate Lease for (221) Alderwood | $41,819.03 |
| GGP | Real Estate Lease for (229) Towson Town Center | $45,150.08 |
| GGP | Real Estate Lease for (230) St. Louis Galleria | $52,976.43 |

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| GGP | Real Estate Lease for (232) Beachwood Place | $34,401.11 |
| GGP | Real Estate Lease for (233) Northbrook Court | $34,165.23 |
| GGP | Real Estate Lease for (235) Oakbrook Center | $83,215.90 |
| GGP | Real Estate Lease for (238) Oxmoor Center | $54,440.44 |
| GGP | Real Estate Lease for (253) Ala Moana Center | $129,856.63 |
| GGP | Real Estate Lease for (262) Riverchase Galleria | $27,790.73 |
| GGP | Real Estate Lease for (266) Maine Mall | $54,708.42 |
| GGP | Real Estate Lease for (273) Mayfair Mall | $79,817.46 |
| GGP | Real Estate Lease for (279) Augusta Mall | $21,938.68 |
| GGP | Real Estate Lease for (301) Fashion Show Mall | $143,252.31 |
| GGP | Real Estate Lease for (303) Venetian | $99,940.22 |
| GGP | Real Estate Lease for (312) Park Meadows | $82,412.92 |
| GGP | Real Estate Lease for (318) Ridgedale | $86,235.68 |
| GGP | Real Estate Lease for (328) Rivertown Crossing | $38,552.41 |
| GGP | Real Estate Lease for (329) Boise Towne Square | $37,463.24 |
| GGP | Real Estate Lease for (342) Jordan Creek Townctr | $45,291.46 |
| GGP | Real Estate Lease for (353) Fallen Timbers | $15,617.05 |
| GGP | Real Estate Lease for (365) Park City Center | $41,281.77 |
| GGP | Real Estate Lease for (383) Bridgewater Commons | $28,962.69 |
| GGP | Real Estate Lease for (417) Prince Kuhio | $28,027.41 |
| GGP | Real Estate Lease for (418) Glenbrook Square | $3,693.33 |
| GoToMeeting | Web Based Audio & Video Conferencing Licensing | $0.00 |
| Great America Financial Svcs | (4) Bizhub copiers | $0.00 |
| Gruber Power Services | APC Symmetra LX UPS Maintenance - Lincolnton, NC | $0.00 |
| Gruber Power Services | Powerware 9170 UPS Maintenance - Santa Barbara, CA | $0.00 |
| Gruber Power Services | Powerware 9135 UPS Maintenance - Westlake Village, CA | $0.00 |
| Gruber Power Services | Eaton 93E UPS Maintenance - Westlake Village, CA | $0.00 |
| GUANGZHOU XIN MEI SHOES INDUSTRY CO., LTD. | PURCHASE AGREEMENT | $0.00 |
| Heeluxe | Footwear testing | $8,600.00 |
| IBM Resiliency Services | Multivendor Information Technology Recovery Services | $289.50 |
| IMI Miracle Mall LLC | Real Estate Lease for (302) Miracle Mile | $20,030.83 |
| Island Pacific | IPMS ERP Application Licensing and Maintenance | $12,072.50 |
| James DeLoreto | Real Estate Lease for (2001) Loreto Plaza | $4,031.00 |
| JDA Software, Inc. | JDA Direct Commerce (Ecometry) Maintenance | $0.00 |
| JLL | Real Estate Lease for (209) Manhattan Village | $8,560.73 |
| JLL | Real Estate Lease for (234) Ft. Lauderdale Galleria | $25,120.70 |
| JLL | Real Estate Lease for (274) Queen Ka'Ahumanu Center | $13,088.22 |
| JLL | Real Estate Lease for (289) King's Shops | $9,963.48 |
| JLL | Real Estate Lease for (327) Rosedale Center | $37,433.16 |
| JLL | Real Estate Lease for (425) Market Common | $9,170.68 |

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| JLL | Real Estate Lease for (440) Streets of Tanasbourne | $12,607.52 |
| Kahala Center Company | Real Estate Lease for (359) Kahala Mall | $11,137.81 |
| Kids in the Valley | Real Estate Lease for Westlake - Photo Studio | $5,953.00 |
| La Canada Investments | Real Estate Lease for (401) Abeo Los Gatos | $10,000.00 |
| Lanspeed | Managed Services - Azure & Exchange | $3,187.10 |
| Liaison Technologies, Inc. | VAN Services for EDI Processing | $0.00 |
| LPA 229 W Broughton LLC | Real Estate Lease for (413) Savannah | $14,362.18 |
| LPF Geneva Commons, LLC | Real Estate Lease for (388) Geneva Commons | $19,344.89 |
| LUCKY COUNTRY USA LLC | Real Estate Lease for Lincolnton, NC Distribution Center | $4,643.44 |
| MACERICH | Real Estate Lease for (110) Broadway Plaza | $49,013.88 |
| MACERICH | Real Estate Lease for (166) Danbury Fair Mall | $38,622.57 |
| MACERICH | Real Estate Lease for (193) Arden Fair Mall | $48,744.64 |
| MACERICH | Real Estate Lease for (236) Washington Square | $61,188.48 |
| MACERICH | Real Estate Lease for (242) Scottsdale Fashion Square | $53,989.40 |
| MACERICH | Real Estate Lease for (252) Chandler Fashion Center | $28,415.36 |
| MACERICH | Real Estate Lease for (281) La Encantada | $(16,648.44) |
| MACERICH | Real Estate Lease for (291) San Tan Village | $44,296.95 |
| MACERICH | Real Estate Lease for (307) Country Club Plaza | $49,086.48 |
| MACERICH | Real Estate Lease for (313) Flatiron Crossing | $59,844.77 |
| MACERICH | Real Estate Lease for (322) Valley River Center | $39,383.06 |
| MACERICH | Real Estate Lease for (331) Arrowhead Towne Center | $49,537.60 |
| MailFinance | Postage meter machine | $0.00 |
| Mayfield Management Company | Real Estate Lease for (129) Downtown Seattle | $13,093.97 |
| MDC ASSOCIATES | BUYING AGENCY AGREEMENT | $0.00 |
| Meridian Group | Real Estate Lease for 25 West Anapamu St., Santa Barbara | $15,806.37 |
| Metric Theory | Big Dogs SEM advertising management | $0.00 |
| Metric Theory | TWC SEM advertising management | $0.00 |
| Metric Theory | FootSmart SEM advertising management | $0.00 |
| Metric Theory | FootSmart SEM advertising management | $0.00 |
| Microsoft Corporation | Azure Cloud Hosting for Websites | $0.00 |
| MNJ Technologies Direct, Inc | Veeam Backup Application | $0.00 |
| Needle Inc. | Onsite Chat (TWC) | $1,854.85 |
| Northpark Partners, LP | Real Estate Lease for (192) Northpark Center | $11,771.13 |
| Northpark Partners, LP | Real Estate Lease for (192) Northpark Center | $15,868.54 |
| Oracle | Retail-j POS Application | $0.00 |
| Oracle Inc. - Responsys | Email Marketing Service Provider (TWC/ABEO/BD) | $0.00 |
| Pacific Retail Capital Partners, LLC | Real Estate Lease for (270) Paseo Nuevo | $13,909.05 |
| Parkway General Partnership | Real Estate Lease for (510) Pigeon Forge | $6,695.00 |
| Paylocity | Payroll Service | $0.00 |
| PFP Columbus, LLC | Real Estate Lease for (290) Polaris Fashion Place | $24,617.29 |

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| Pitney Bowes Purchase Power | Postage meter machine | $0.00 |
| PREIT | Real Estate Lease for (142) Cherry Hill | $43,286.10 |
| PREIT | Real Estate Lease for (161) Willow Grove Park | $24,920.18 |
| PREIT | Real Estate Lease for (392) Shoppes @ Bellevue | $13,057.49 |
| PREIT | Real Estate Lease for (412) Patrick Henry Mall | $13,856.84 |
| ProofPoint | Cloud Based Email Security and Disaster Recovery | $0.00 |
| PYRAMID | Real Estate Lease for (249) Crossgates Mall | $48,792.24 |
| PYRAMID | Real Estate Lease for (263) Walden Galleria | $38,630.47 |
| QIC | Real Estate Lease for (356) Shops At Wiregrass | $10,464.84 |
| QIC | Real Estate Lease for (387) Promenade Temecula | $15,258.65 |
| Qualys | Qualys Cloud Security & PCI Scanning/Reporting | $0.00 |
| RPS II, L.L.C. | Real Estate Lease for (178) River Park Square | $16,773.41 |
| Russell Ranch Associates, LLC | Real Estate Lease for (2003) Westlake Village | $8,151.71 |
| SHOE-LOGICS KOREA | PRODUCT SOURCING, PRODUCTION, QUALITY CONTROL AGREEMENT | $0.00 |
| SIMON | Real Estate Lease for (118) Stoneridge Mall | $87,692.72 |
| SIMON | Real Estate Lease for (124) Woodfield Mall | $70,113.03 |
| SIMON | Real Estate Lease for (133) South Shore Plaza | $43,618.22 |
| SIMON | Real Estate Lease for (134) Roosevelt Field Mall | $26,416.10 |
| SIMON | Real Estate Lease for (135) Burlington Mall | $54,690.82 |
| SIMON | Real Estate Lease for (136) Haywood Mall | $32,801.04 |
| SIMON | Real Estate Lease for (139) The Fashion Mall | $54,163.91 |
| SIMON | Real Estate Lease for (140) Tuttle Crossing | $37,479.50 |
| SIMON | Real Estate Lease for (144) Pentagon City | $60,918.22 |
| SIMON | Real Estate Lease for (145) Northgate-Seattle | $33,522.82 |
| SIMON | Real Estate Lease for (151) Fashion Valley S.D. | $167,976.67 |
| SIMON | Real Estate Lease for (155) Houston Galleria | $41,596.58 |
| SIMON | Real Estate Lease for (174) Mission Viejo | $44,428.39 |
| SIMON | Real Estate Lease for (186) Town Center @ Cobb | $45,578.00 |
| SIMON | Real Estate Lease for (190) Northshore Mall | $45,669.63 |
| SIMON | Real Estate Lease for (225) South Park Mall | $51,863.12 |
| SIMON | Real Estate Lease for (226) King Of Prussia | $57,688.98 |
| SIMON | Real Estate Lease for (227) Copley Place | $57,481.04 |
| SIMON | Real Estate Lease for (231) Circle Centre | $25,185.29 |
| SIMON | Real Estate Lease for (241) The Avenues | $38,987.90 |
| SIMON | Real Estate Lease for (243) West Town Mall | $82,055.07 |
| SIMON | Real Estate Lease for (248) South Hills Mall | $38,093.76 |
| SIMON | Real Estate Lease for (250) Rockingham Park | $5,171.35 |
| SIMON | Real Estate Lease for (256) Oxford Valley Mall | $34,095.72 |
| SIMON | Real Estate Lease for (265) Ross Park Mall | $57,284.52 |
| SIMON | Real Estate Lease for (269) Pheasant Lane | $42,146.00 |

**Assumption and Cure Schedule**

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| SIMON | Real Estate Lease for (280) Mall Of New Hampshire | $60,522.65 |
| SIMON | Real Estate Lease for (285) Walt Whitman Mall | $24,236.76 |
| SIMON | Real Estate Lease for (286) Lenox Square Mall | $16,895.51 |
| SIMON | Real Estate Lease for (299) Solomon Pond | $64,821.57 |
| SIMON | Real Estate Lease for (300) Forum Shops@ Caesars | $97,915.72 |
| SIMON | Real Estate Lease for (309) Wolfchase Galleria | $52,305.37 |
| SIMON | Real Estate Lease for (310) University Park | $44,484.60 |
| SIMON | Real Estate Lease for (311) Independence Center | $24,278.73 |
| SIMON | Real Estate Lease for (314) Meadowood Mall | $39,908.75 |
| SIMON | Real Estate Lease for (315) Orland Square Mall | $38,978.85 |
| SIMON | Real Estate Lease for (347) Columbia Center | $34,730.45 |
| SIMON | Real Estate Lease for (352) Boca Town Center | $16,764.14 |
| SIMON | Real Estate Lease for (367) Hamilton Town Center | $31,386.15 |
| SIMON | Real Estate Lease for (371) Tacoma Mall | $39,036.59 |
| SIMON | Real Estate Lease for (391) Briarwood Mall | $27,754.09 |
| SIMON | Real Estate Lease for (394) Menlo Park Mall | $31,436.59 |
| SIMON | Real Estate Lease for (395) Quaker Bridge Mall | $36,616.47 |
| SIMON | Real Estate Lease for (396) Montgomery Mall | $13,856.62 |
| SIMON | Real Estate Lease for (408) Lehigh Valley Mall | $32,906.46 |
| SIMON | Real Estate Lease for (421) Shops At Nanuet | $35,862.11 |
| SIMON | Real Estate Lease for (428) Cape Cod | $14,834.76 |
| SIMON | Real Estate Lease for (433) Del Amo Fashion Center | $35,846.52 |
| SIMON | Real Estate Lease for (435) Santa Rosa Mall | $21,170.22 |
| SIMON | Real Estate Lease for (441) Brea Mall | $46,212.73 |
| SoftwareOne | Adobe Cloud Licenses | $731.36 |
| SolarWinds | SFTP Applications and IP Address Monitoring | $0.00 |
| Sophos | Sophos Endpoint Protection - Cloud | $0.00 |
| South Coast Plaza | Real Estate Lease for (104) South Coast Plaza | $25,587.88 |
| Staples Advantage | Office/Store supplies | $0.00 |
| STARWOOD | Real Estate Lease for (216) Stony Point | $43,702.32 |
| STARWOOD | Real Estate Lease for (217) Macarthur Center | $45,999.10 |
| STARWOOD | Real Estate Lease for (220) Wellington Green | $13,569.27 |
| STARWOOD | Real Estate Lease for (224) North Lake | $32,414.10 |
| STARWOOD | Real Estate Lease for (267) Bolingbrook Promenade | $46,454.38 |
| STARWOOD | Real Estate Lease for (287) Partridge Creek | $35,542.77 |
| STARWOOD | Real Estate Lease for (405) Capital Mall | $41,356.92 |
| STARWOOD | Real Estate Lease for (415) Willow Bend | $4,585.35 |
| Steiner Real Estate Services, LLC | Real Estate Lease for (423) Easton Town Center | $35,446.08 |
| Tanger Properties Limited Partnership | Real Estate Lease for (519) Myrtle Beach | $18,363.67 |
| TAUBMAN | Real Estate Lease for (121) Cherry Creek | $180,492.65 |

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| TAUBMAN | Real Estate Lease for (122) Short Hills Mall | $149,420.48 |
| TAUBMAN | Real Estate Lease for (137) Twelve Oaks Mall | $74,625.44 |
| TAUBMAN | Real Estate Lease for (215) Sunvalley | $63,999.34 |
| TAUBMAN | Real Estate Lease for (219) Westfarms Mall | $120,428.36 |
| TAUBMAN | Real Estate Lease for (223) International Plaza -Tampa | $76,225.46 |
| TAUBMAN | Real Estate Lease for (240) Stamford Mall | $9,539.71 |
| TAUBMAN | Real Estate Lease for (261) Green Hills Mall | $33,635.92 |
| TAUBMAN | Real Estate Lease for (354) Gardens On El Paseo | $48,194.70 |
| TAUBMAN | Real Estate Lease for (426) University Town Center Sarasota | $52,920.19 |
| TAUBMAN | Real Estate Lease for (438) Abeo International Market Place | $110,703.24 |
| Telecheck Services, Inc. | check services | $2,633.59 |
| Telecheck Service,. Inc. | check services | $0.00 |
| The Lincoln National Life Insurance Company | Group Life Insurance | $0.00 |
| The Lincoln National Life Insurance Company | Group Long Term Disability Insurance | $0.00 |
| The Lincoln National Life Insurance Company | Group Long Term Disability Insurance | $0.00 |
| The Lincoln National Life Insurance Company | Group Life Insurance | $0.00 |
| The Lincoln National Life Insurance Company | Group Off-The-Job Weekly Disability Income Insurance | $0.00 |
| The Shops At Wailea LP | Real Estate Lease for (194) Shops At Wailea | $21,631.93 |
| TransactionTree Inc. | Retail Store eReceipts Hosting | $177.05 |
| Triple 5 | Real Estate Lease for (111) Mall Of America | $25,197.51 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#431-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#440-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#110-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#421-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#2001-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#2003-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#425-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | BIG DOG#519-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#274-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#437-COMM PRO 3000 | $0.00 |
| TYCO INTEGRATED SECURITY | THE WALKING COMPANY#438-COMM PRO 3000 | $0.00 |
| UnitedHealthcare Services Inc. | Administrative Services Agreement | $0.00 |
| US Bank Equipment Finance | Xerox D95 copiers | $1,531.75 |
| US Bank Equipment Finance | Konica Minolta C458 Bizhub | $0.00 |
| Vestar Gateway, LLC | Real Estate Lease for (324) The Gateway | $2,087.85 |

# Assumption and Cure Schedule

| Contract Counter Party | Description | Cure Amount |
|---|---|---|
| Vestar Green Valley, LLC | Real Estate Lease for (304) Green Valley | $4,535.73 |
| VMWare AirWatch | AirWatch Green Management Suite (MDM) | $0.00 |
| Wells Fargo Equipment Finance | Barudan Embroidery Machine | $0.00 |
| WESTFIELD | Real Estate Lease for (112) Santa Anita | $24,913.18 |
| WESTFIELD | Real Estate Lease for (147) Sherman Oaks | $25,560.92 |
| WESTFIELD | Real Estate Lease for (168) Siesta Key Mall | $(1,483.55) |
| WESTFIELD | Real Estate Lease for (182) University Town Center | $31,137.55 |
| WESTFIELD | Real Estate Lease for (184) Montgomery Mall | $28,439.08 |
| WESTFIELD | Real Estate Lease for (228) Valley Fair | $41,657.28 |
| WESTFIELD | Real Estate Lease for (251) San Francisco Centre | $10,693.79 |
| WESTFIELD | Real Estate Lease for (277) Annapolis Mall | $15,674.15 |
| WESTFIELD | Real Estate Lease for (293) Old Orchard | $16,679.26 |
| WESTFIELD | Real Estate Lease for (321) South Center | $35,531.66 |
| WESTFIELD | Real Estate Lease for (363) Horton Plaza | $1,246.60 |
| WESTFIELD | Real Estate Lease for (364) North County | $21,262.97 |
| WESTFIELD | Real Estate Lease for (389) Galleria @ Roseville | $22,864.36 |
| WESTFIELD | Real Estate Lease for (400) Valencia Town Center | $20,762.06 |
| Eastview Mall, LLC | Real Estate Lease for (268) Eastview Mall | $16,955.09 |
| Xerox Financial Services LLC | Sharp MX-6500 Color Printer | $1,600.00 |
| Xzact Technologies | ShoreTel VOIP Phone System Maintenance | $0.00 |
| Yesmail Inc. / Infogroup | Email Marketing Service Provider (TWC/FS/ABEO/BD) | $0.00 |