IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) ) | Case No.: 18-10474 (LSS) Jointly Administered |
| | ) | |
| Debtors. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 4, 2018, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Notice of (I) Assumption of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto** [Docket No. 290]

Dated: June 8, 2018

/s/ Stephanie Delgado
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of June, 2018, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MI'LAN ERIN-ASHLEE SMITH
Notary Public – California
Los Angeles County
Commission # 2205852
My Comm. Expires Jul 17, 2021

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

# Exhibit A

**Exhibit A**
**Contract Counterparty List**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Lucky Country USA LLC | Attn Officer or Director | 7804C Fairview Rd # 147 | Charlotte | NC | 28226-4945 |