IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) | Case No.: 18-10474 (LSS) Jointly Administered |
| | ) | |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Robert Terziyan, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 3, 2018, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class mail upon the service list attached hereto as **Exhibit B**:

- **Motion for Entry of Order and Final Decree Closing Certain of the Chapter 11 Cases, Waiving Requirement of Further Post-Confirmation Reporting in Chapter 11 Cases to Be Closed and Request for Change in Caption** [Docket No. 380]

- **Attestation of Inactivity in Lieu of Monthly Operating Report for The Walking Company Holdings, Inc. for the Period May 1 2018 to May 31, 2018** [Docket No. 381]

- **Monthly Operating Report for The Walking Company for the Period May 1, 2018 to May 31, 2018** [Docket No. 382]

- **Monthly Operating Report for Big Dog USA, Inc. for the Period May 1, 2018 to May 31, 2018** [Docket No. 383]

*This Space Intentionally Left Blank*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

- **Monthly Operating Report for FootSmart, Inc. for the Period May 1, 2018 to May 31, 2018** [Docket No. 384]

Dated: July 10, 2018

_____
Robert Terziyan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2018, by Robert Terziyan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# EXHIBIT A

**Exhibit A**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Steven F. Jackson (VSB #37678) | Assistant County Attorney | One Harrison Street, S.E., 5th Floor | Steve.Jackson@Loudoun.gov |
| Counsel for Hart Wailea, LLC | Baker Donelson Bearman, Caldwell & Berkowitz, PC | J. David Folds, Esquire | dfolds@bakerdonelson.com |
| Counsel for The Macerich Company, Starwood Retail Partners LLC, The Forbes Company, Centennial Real Estate Company, LLC and Paseo Nuevo Owner, LLC | Ballard Spahr LLP | Dustin P. Branch, Esquire | branchd@ballardspahr.com |
| Counsel for The Macerich Company, Starwood Retail Partners LLC, The Forbes Company, Centennial Real Estate Company, LLC and Paseo Nuevo Owner, LLC | Ballard Spahr LLP | Leslie C. Heilman, Esquire Laurel D. Roglen, Esquire & Chantelle D. McClamb, Esquire | heilmanl@ballardspahr.com;  roglenl@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel for IMI Huntsville LLC | Burr & Forman LLP | J. Cory Falgowski, Esquire | jfalgowski@burr.com |
| Counsel for IMI Huntsville LLC | Burr & Forman LLP | Joe A. Joseph, Esquire & Regan Loper, Esquire | jjoseph@burr.com; rloper@burr.com |
| Counsel for the DIP Agent, DIP Term Agent, the Prepetition Senior Agent, and the Prepetition Term Agent; counsel for Wells Fargo Bank, National Association | Choate Hall & Stewart LLP | Saige Jutras, Esquire & Kevin J. Simard, Esq. | ksimard@choate.com; sjutras@choate.com |
| Counsel for Vestar Gateway, LLC; District at Green Valley,LLC | Clark Hill PLC | David M. Blau , Esquire | dblau@clarkhill.com |
| Counsel for Vestar Gateway,  LLC; District at Green Valley,LLC | Clark Hill PLC | Karen M. Grivner , Esquire | kgrivner@clarkhill.com |
| Counsel for Dansko Inc | Cozen O'Connor | Mark Felger, Esquire | mfelger@cozen.com |
| Counsel for Oracle America Inc | Doshi Legal Group PC | Amish R Doshi | amish@doshilegal.com |
| Counsel for Washington Prime Group Inc. | Frost Brown Todd LLC | Ronald E. Gold, Esquire & A.J. Webb, Esquire | rgold@fbtlaw.com; awebb@fbtlaw.com |
| GGP Limited Partnership, as Agent | GGP Limited Partnership, as Agent | Kristen N. Pate | ggpbk@ggp.com |
| Counsel for Kahala Center Company | Hanson Bridgett LLP | Nancy J. Newman , Esquire | Nnewman@hansonbridgett.com |
| Counsel for QKC Maui Owner, LLC; Counsel for KS Owner, LLC | Honigman Miller Schwartz And Cohn LLP | Lawrence A. Lichtman , Esquire | llichtman@honigman.com |
| Counsel for LPA 229 W. Broughton, LLC | Horack, Talley, Pharr & Lowndes | Kristin D. Ogburn, Esquire | kogburn@horacktalley.com |
| Counsel to Noteholders; Counsel to the Kayne Subordinated Noteholders | Irell Manella LLP | Jeffrey M. Reisner, Esq. & Kerri A Lyman | jreisner@irell.com; klyman@irell.com |
| Counsel for Travis County | Kay D. Brock, Esquire | Assistant County Attorney | kay.brock@traviscountytx.gov |
| Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Robert L. LeHane, Esquire Jason R. Adams, Esquire & Lauren S. Schlussel, Esquire | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jadams@kelleydrye.com; lschlussel@kelleydrye.com |
| Counsel for the Official Committee of Unsecured Creditors | Klehr Harrison Harvey Branzburg LLP | Domenic E. Pacitti, Esquire Richard M. Beck, Esquire & Sally E. Veghte, Esquire | dpacitti@klehr.com; rbeck@klehr.com; sveghte@klehr.com |
| Counsel for Bellevue Associates and PREIT Services, LLC, as agent for Cherry Hill Center, LLC, PR Patrick Henry, LLC and WG Park, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esquire | kurtzman@kurtzmansteady.com |
| Counsel for Simi Entertainment Plaza, LLC | Landsberg Law, APC | Ian S. Landsberg, Esquire | ian@landsberg-law.com |
| Counsel for The Taubman Landlords and Kahala Center Company | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman, Esquire | skaufman@skaufmanlaw.com |
| Counsel to: Westfield, LLC and its affiliates listed on the attached Schedule A | LeClairRyan, a Professional Corporation | Andrew L. Cole , Esquire | andrew.cole@leclairryan.com |
| Counsel to: Westfield, LLC and its affiliates listed on the attached Schedule A | LeClairRyan, a Professional Corporation | Niclas A. Ferland , Esquire & Ilan Markus , Esquire | niclas.ferland@leclairryan.com; ilan.markus@leclairryan.com |
| Counsel for Tarrant County Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller , Esquire | dallas.bankruptcy@publicans.com |
| Counsel for Harris County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman, Esquire | houston_bankruptcy@publicans.com |
| Counsel for Maricopa County Treasurer | Maricopa County Attorneys Office | Peter Muthig | muthigk@mcao.maricopa.gov |
| Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | MAURICE WUTSCHER, LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Counsel for Carousel Center Company, L.P., Crossgates Mall General Company NewCo, LLC, and Pyramid Walden Company, L.P. | Menter, Rudin & Trivelpiece, P.C. | Kevin M. Newman, Esquire | knewman@menterlaw.com |
| Counsel to Bellevue Square, LLC | Nold Muchinsky PLLC | David A. Nold, Esq., Nafees Uddin, Esq. | dnold@noldmuchlaw.com; nuddin@noldmuchlaw.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Jane Leamy, Esquire & Mark Kenney, Esquire | mark.kenney@usdoj.gov |
| | Oklahoma County Treasurer | Gretchen Crawford | grecra@oklahomacounty.org |
| PA Office Unemployment Compensation, DOL, Commonwealth of PA | PA Department of Labor & Industry | Deb Secrest | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to  Bohannan Development Company | Pahl & McCay PC | Catherine Schlomann Robertson | crobertson@pahl-mccay.com |
| Counsel for NorthPark Partners LP | Polsinelli | James H Billingsley | jbillingsley@polsinelli.com |

**Exhibit A**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Richard Kayne, as Trustee of Richard and Suzanne Kayne Living Trust; Counsel to the Kayne Subordinated Noteholders | Reed Smith LLP | Kurt F. Gwynne, Esquire & Emily K. Devan, Esquire | kgwynne@reedsmith.com; edevan@reedsmith.com |
| COMMITTEE OF UNSECURED CREDITORS; Counsel to Simon Property Group, Inc | Simon Property Group Inc | Attn:  Ronald M Tucker | rtucker@simon.com |
| Roth Bros., Inc. | Sodexo, Inc. | Antoinette Young, Esquire | antoinette.young@sodexo.com |
| Counsel for The Taubman Landlords | The Taubman Company | Andrew S. Conway, Esquire | aconway@taubman.com |
| Counsel to Easton Town Center II, LLC | Ulmer & Berne LLP | Michael S. Tucker, Esquire | mtucker@ulmer.com |
| United States Attorney | United States Attorney's Office | David C. Weiss c/o Ellen Slights, Esquire | Ellen.Slights@usdoj.gov |
| Counsel to Wells Fargo Bank, National Association, as Agent | Womble Bond Dickinson (US) LLP | Matthew P. Ward, Esquire & Morgan L. Patterson, Esquire | matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |

# **EXHIBIT B**

**Exhibit B**
Core/2002 Service List

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| | Bankruptcy Servicer for BMW Financial Services NA, LLC AIS Portfolio Services, LP | Sejal Parmar Claims Processor | 4515 N Santa Fe Avenue Dept. APS | | | Oklahoma City | OK | 73118 |
| Chatham County Tax Commissioner | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | PO Box 8324 | | | Savannah | GA | 31412 |
| Counsel for Vestar Gateway, LLC; District at Green Valley,LLC | Clark Hill PLC | David M. Blau , Esquire | 151 S. Old Woodward Ave., Ste. 200 | | | Birmingham | MI | 48009 |
| Counsel for Vestar Gateway, LLC; District at Green Valley,LLC | Clark Hill PLC | Karen M. Grivner , Esquire | 824 N. Market St., Suite 710 | | | Wilmington | DE | 19801 |
| Counsel for Dansko Inc | Cozen O'Connor | Mark Felger, Esquire | 1201 North Market Street, Suite 1001 | | | Wilmington | DE | 19801 |
| State Attorney General | Delaware Department of Justice | Matthew P. Denn, Esquire | Carvel State Office Building, 5th Floor | 820 North French Street | | Wilmington | DE | 19801 |
| Delaware Department of Revenue | Delaware Department of Revenue | Zillah A. Frampton, Bankruptcy Administrator | Carvel State Office Building, 8th Floor | 820 North French Street | | Wilmington | DE | 19801 |
| Eastview Mall, LLC | Donald C. Cowan, Jr. | | 1265 Scottsville Road | | | Rochester | NY | 14624 |
| Counsel for Oracle America Inc | Doshi Legal Group PC | Amish R Doshi | 1979 Marcus Ave Ste 210E | | | Lake Success | NY | 11042 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Noteholders; Counsel to the Kayne Subordinated Noteholders | Irell Manella LLP | Jeffrey M. Reisner, Esq. & Kerri A Lyman | 840 Newport Center Drive, Suite 400 | | | Newport Beach | CA | 92660-6324 |
| Counsel for the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Robert L. LeHane, Esquire Jason R. Adams, Esquire & Lauren S. Schlussel, Esquire | 101 Park Avenue | | | New York | NY | 10178 |
| Counsel for the Official Committee of Unsecured Creditors | Klehr Harrison Harvey Branzburg LLP | Domenic E. Pacitti, Esquire Richard M. Beck, Esquire & Sally E. Veghte, Esquire | 919 Market Street, Suite 1000 | | | Wilmington | DE | 19801-3062 |
| Counsel for Simi Entertainment Plaza, LLC | Landsberg Law, APC | Ian S. Landsberg, Esquire | 9300 Wilshire Boulevard, Suite 565 | | | Beverly Hills | CA | 90212 |
| Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Sheryl L. Moreau, Esquire Special Assistant Attorney General | General Counsel's Office | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 |
| United States Trustee District of Delaware | Office of the United States Trustee | Jane Leamy, Esquire & Mark Kenney, Esquire | 844 King Street, Suite 2207 | | | Wilmington | DE | 19801 |
| PA Office Unemployment Compensation, DOL, Commonwealth of PA | PA Department of Labor & Industry | Deb Secrest | Collections Support Unit | 651 Boas Street, Room 702 | | Harrisburg | PA | 17121 |
| Counsel to Bohannan Development Company | Pahl & McCay PC | Catherine Schlomann Robertson | 225 W Santa Clara St Ste 1500 | | | San Jose | CA | 95113-1752 |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation Office of the Chief Counsel | | 1200 K Street, NW | | | Washington | DC | 20005 |
| Counsel for Richard Kayne, as Trustee of Richard and Suzanne Kayne Living Trust; Counsel to the Kayne Subordinated Noteholders | Reed Smith LLP | Kurt F. Gwynne, Esquire & Emily K. Devan, Esquire | 1201 N. Market Street, Suite 1500 | | | Wilmington | DE | 19801 |
| Secretary of State | Secretary of State | Division of Corporations - Franchise Tax | John G. Townsend Building, Suite 4 | 401 Federal Street | | Dover | DE | 19901 |
| Secretary of Treasury | Secretary of Treasury | | 820 Silver Lake Boulevard, Suite 100 | | | Dover | DE | 19904 |
| Securities and Exchange Commission | Securities and Exchange Commission | Alan S. Maza, Esquire | Senior Bankruptcy Counsel | 200 Vesey Street, Suite 400 | | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Securities and Exchange Commission | Andrew Calamari | NY Regional Director | Brookfield Place, Suite 400 | 200 Vesey Street | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Securities and Exchange Commission | Sharon Binger | Philadelphia Regional Director | One Penn Center, Suite 520 | 1617 JFK Boulevard | Philadelphia | PA | 19103 |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission - Headquarters | | 100 F Street, NE | | | Washington | DC | 20549 |
| Roth Bros., Inc. | Sodexo, Inc. | Antoinette Young, Esquire | 9801 Washingtonian Boulevard, 12th Floor | | | Gaithersburg | MD | 20878 |
| Counsel to Easton Town Center II, LLC | Ulmer & Berne LLP | Michael S. Tucker, Esquire | 1660 West 2nd Street, Suite 1100 | | | Cleveland | OH | 44113 |

**Exhibit B**
Core/2002 Service List

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| United States Attorney | United States Attorney's Office | David C. Weiss c/o Ellen Slights, Esquire | District of Delaware | 1007 N. Orange Street, Suite 700 | | Wilmington | DE | 19801 |
| United States Attorney General | US Department of Justice | Jeff Sessions, Esquire | Office of the Attorney General | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| US Department of Treasury | US Department of Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |