IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) ) | Case No.: 18-10474 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**Hearing Date: October 26, 2018 at 10:00 a.m. (ET)**
**Objection Deadline: October 9, 2018 at 4:00 p.m. (ET)**

## NOTICE OF THE REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN (I) AMENDED CLAIMS, AND (II) INSUFFICIENT DOCUMENTATION CLAIMS

> **THIS OBJECTION SEEKS TO RECLASSIFY AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION OR ANY FURTHER OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>EXHIBITS A AND B</u> ATTACHED TO THIS OBJECTION.**

**PLEASE TAKE NOTICE** that on September 24, 2018, the Reorganized Debtors in the above-captioned matter (collectively, the "Debtors"), filed the *Reorganized Debtors' Second Omnibus Objection (Non-Substantive) to Certain (I) Amended Claims and (II) Insufficient Documentation Claims* (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") which seeks an order to reclassify and expunge the claims identified on Exhibits 1 and 2 to the proposed order appended to the Omnibus Objection for all purposes and as more fully described in the Omnibus Objection and the exhibits thereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

1

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Omnibus Objection must be filed with the Bankruptcy Court at the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware at 824 N. Market Street, Wilmington, Delaware 19801 on or before **October 9, 2018 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey W. Dulberg, Esquire), and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Attn: James E. O'Neill, Esquire & Joseph M. Mulvihill, Esquire); (b) counsel for the DIP Agent, DIP Term Agent, the Prepetition Senior Agent, and the Prepetition Term Agent, (i) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard, Esquire), and (ii) Womble Bond Dickinson (US) LLP, 222 Delaware Avenue, 15th Floor, Wilmington, DE 19801 (Attn: Matthew P. Ward, Esquire); (c) counsel to the Prepetition Subordinated Creditors, Irell & Manella LLP, 1800 Avenue of the Starts, Suite 900, Los Angeles, CA 90067 (Attn: Jeffrey M. Reisner, Esquire); (d) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Mark S. Kenney, Esquire); and (e) counsel to the official committee of unsecured creditors, (i) Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn: Robert L. LeHane, Esquire and Jason R. Adams, Esquire), and (ii) Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, DE 19801 (Attn: Domenic E. Pacitti, Esquire and Sally E. Veghte, Esquire).

**PLEASE TAKE FURTHER NOTICE** that if you file a response to the Omnibus Objection, you should be prepared to argue that response at the Hearing. You need not appear at the Hearing if you do not oppose the relief requested in the Omnibus Objection. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that each claimant should read the Omnibus Objection, which describes the grounds for the objection to the claims set forth therein. Any response filed with the Bankruptcy Court must contain at a minimum the following:

    a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number, and the title of the Omnibus Objection;

    b.    the name of the claimant and description of the basis for the amount of the claim;

    c.    a concise statement setting forth the reasons why the claim should not be disallowed for the reasons set forth in the Omnibus Objection, including, but not limited to, the specific factual and legal basis upon which the claimant will rely in opposing the Omnibus Objection;

    d.    all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the claimant will rely in opposing the Omnibus Objection at the Hearing; and

    e.    the name, address, and telephone number of the person (who may be the claimant or the claimant's legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant.

3
DOCS_DE:221175.1 91893/002

**PLEASE TAKE FURTHER NOTICE** that questions about the Omnibus Objection or requests for additional information about the proposed disposition of the claim should be directed to counsel for the Debtors at the address or telephone number set forth below. The Debtors reserve the right to object in the future to any of the proof of claim that is the subject of the Omnibus Objection on any further or additional grounds. Separate notice will be made and a separate hearing will be scheduled for any such objection.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE OMNIBUS OBJECTION WILL BE HELD ON **OCTOBER 26, 2018 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated: September 24, 2018     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: joneill@pszjlaw.com
        jpomerantz@pszjlaw.com
        jdulberg@pszjlaw.com
        jmulvihill@pszjlaw.com

Attorneys for Debtors and Debtors in Possession