# Exhibit A

## Amended and Superseded Claims

# AMENDED EXHIBIT

| Name of Claimant | Remaining Claim Number | Amended Claim Number to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| County of Orange | 124 | 8 | $15,583.67 | Claim #8 has been amended and superseded by claim 124 |
| County of Orange | 379 | 124 | $14,328.79 | Claim #124 has been amended and superseded by claim 379 |
| Los Angeles County Treasurer and Tax Collector | 408 | 9 | $11,460.36 | Claim #9 has been amended and superseded by claim #408 |
| Tarrant County | 42 | 1 | $8,188.25 | Claim #1 has been amended and superseded by claim #42 |
| THE SHOE HOUSE, INC. | 212 | 163 | $5,280.00 | Claim #163 has been amended and superseded by claim #381 |
| THE SHOE HOUSE, INC. | 381 | 212 | $5,280.00 | Claim #212 has been amended and superseded by claim #381 |