## Exhibit B

## Insufficient Documentation Claims

# INSUFFICIENT DOCUMENTATION EXHIBIT

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Angela Sims | 369 | $0.00 | No documentation attached to claim. |
| Brianna Brown | 57 | $1,500.00 | No documentation attached to claim. |
| Jessenia Santana | 235 | $400.00 | No documentation attached to claim. |
| LaJuan Kinnemore | 372 | $35,000.00 | No documentation attached to claim. |
| Mallory Roco | 70 | $1,733.52 | No documentation attached to claim. |
| Victoria Figueroa | 115 | $6,150.00 | No documentation attached to claim. |