IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE WALKING COMPANY HOLDINGS, | ) Case No.: 18-10474 (LSS) |
| INC., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**DECLARATION OF JULIE SALTOUN IN SUPPORT OF THE
REORGANIZED DEBTORS' SECOND OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO CERTAIN (I) AMENDED CLAIMS,
AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

Julie Saltoun makes this Declaration pursuant to U.S.C. § 1746:

1.     I am the Assistant General Counsel for The Walking Company Holdings,

Inc., the Walking Company, and Big Dog Sportswear.  I have served in my role as Assistant

General Counsel since October of 2014.  In preparing this declaration, I generally relied on court

pleadings and other compilations on which I typically rely in performing my duties, and which are

generally relied on by the public or persons in my occupation.

2.     In connection with the Debtors' review of the official claims register, the

Debtors have commenced a review of the proofs of claim filed by creditors and other parties in

interest in these Chapter 11 Cases.  I, along with the assistance of the Debtors' other professionals,

including Pachulski Stang Ziehl & Jones LLP, have reviewed the proofs of claim listed in the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include:  The Walking
Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc.
(9736).  The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara,
CA 93101.

*Reorganized Debtors' Second Omnibus Objection (Non-Substantive) to Certain (I) Amended Claims and (II) Insufficient Documentation Claims* (the "Omnibus Objection").[2]

      3.    I and other of the Debtors' professionals reviewed each claimant's relationship and dealings with the Debtors, the pertinent portions of the Debtors' books and records, the documents attached to the Amended and Superseded Claims, the Insufficient Documentation Claims, and the claims register.

      4.    The Amended and Superseded Claims listed on **Exhibit A** to the Omnibus Objection have been amended and superseded by the corresponding subsequently filed Superseded Surviving Claims.

      5.    The Insufficient Documentation Claims listed on **Exhibit B** to the Omnibus Objection either contain no supporting documentation or information or do not contain sufficient information or documentation to substantiate the claims asserted therein as required by Bankruptcy Rule 3001. After review of the pertinent Debtors' books and records and the Insufficient Documentation Claims, and after reasonable efforts, I have been unable to locate any documentation that would substantiate the Insufficient Documentation Claims, whether in full or in part. Accordingly, the Insufficient Documentation Claims fail to provide *prima facie* evidence of the validity and any amount of the claims they assert, as required by section 502 of the Bankruptcy Code and Bankruptcy Rule 3001(f), and should be disallowed and expunged in their entirety.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

6. Accordingly, to ensure the accuracy of the claims register and avoid any improper payments, the Debtors' request that the Court sustain the Omnibus Objection for the reasons set forth therein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 24, 2018

By:  */s/ Julie Saltoun*
     Julie Saltoun

DOCS_DE:221108.2 91893/002