# Exhibit A

# Misclassified Claims

# MISCLASSIFIED EXHIBIT

| Name of Claimant | Claim # | ClaimAmount | Claim Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|
| AIG Property Casualty, Inc. and its Affiliates Identified on the Addendum hereto | 41 | Unliquidated | Admin Priority | General Unsecured | Review of the proof of claim and the Debtors' books and records reveals no basis for classification as anything other than a general unsecured claim |
| Putian Xinxiesheng Footwear Co Ltd. | 39 | Admin: $59,623.32 Unsecured: $72,422.28 | Admin Priority / General Unsecured | Unsecured: $132,045.60 | Review of the proof of claim and the Debtors' books and records reveals no basis for classification as anything other than a general unsecured claim |