# Exhibit B

# No Liability Claims

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| AIG Property Casualty, Inc. and its Affiliates Identified on the Addendum hereto | 41 | UNLIQUIDATED | The Debtors have no liability for this claim based upon a review of their books and records. |
| Alameda County Tax Collector | 415 | $1,184.52 | Taxes are owed by a predecessor entity for which the Debtors have no successor liability |
| Clark County Assessor | 360 | $351.69 | Taxes are owed by a predecessor entity for which the Debtors have no successor liability |
| County of Orange | 379 | $14,328.79 | $7,083.46 is for taxes are owed by a predecessor entity for which the Debtors have no successor liability. $7,245.33 is for 2018 taxes which were paid on 8/3/18. |
| Contra Costa County Treasurer-Tax Collector | 402 | $5,593.30 | $4,795.70 is for taxes are owed by a predecessor entity for which the Debtors have no successor liability. $797.60 is for 2018 taxes which were paid on 8/16/18. |
| Jack A D Ambrosio | 292 | $158.65 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Michele W. Shafe | 366 | $351.69 | Taxes are owed by a predecessor entity for which the Debtors have no successor liability |
| Mississippi Department of Employment Security | 107 | $2,839.44 | The Debtors have no liability for the administrative portion of this claim based upon a review of their books and records. Additionally, this claim is for the period prior to the Debtor's 2009 Chapter 11 filing. |
| Mississippi Department of Employment Security | 107 | $0.09 | The Debtors have no liability for the administrative portion of this claim based upon a review of their books and records. Additionally, this claim is for the period prior to the Debtor's 2009 Chapter 11 filing. |
| New York State Department of Taxation and Finance | 386 | $37,692.99 | The Debtors have no liability for this claim based upon a review of their books and records. |
| New York State Department of Taxation and Finance | 387 | $9,219.55 | The Debtors have no liability for this claim based upon a review of their books and records. |
| The Abate Trust | 183 | $202,201.33 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |
| The Abate Trust | 185 | $13,088.61 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |
| The Abate Trust | 185 | $189,112.72 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |
| The Abate Trust | 186 | $1,266.13 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |

| | | | |
|---|---|---|---|
| The Abate Trust | 186 | $200,935.20 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |
| The Abate Trust, Robert P. Abate, Trustee | 184 | $202,201.33 | Claim extinguished pursuant to the Plan of Reorganization. New notes have been issued pursuant to the Plan. |