IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) ) | Case No.: 18-10474 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

### DECLARATION OF JULIE SALTOUN IN SUPPORT OF THE REORGANIZED DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN (I) MISCLASSIFIED CLAIMS, AND (II) NO LIABILITY CLAIMS

Julie Saltoun makes this Declaration pursuant to U.S.C. § 1746:

1. I am the Assistant General Counsel for The Walking Company Holdings, Inc., the Walking Company, and Big Dog Sportswear. I have served in my role as Assistant General Counsel since October of 2014. In preparing this declaration, I generally relied on court pleadings and other compilations on which I typically rely in performing my duties, and which are generally relied on by the public or persons in my occupation.

2. In connection with the Debtors' review of the official claims register, the Debtors have commenced a review of the proofs of claim filed by creditors and other parties in interest in these Chapter 11 Cases. I, along with the assistance of the Debtors' professionals, including Pachulski Stang Ziehl & Jones LLP, have reviewed the proofs of claim listed in the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

*Reorganized Debtors' First Omnibus Objection (Substantive) to Certain (I) Misclassified Claims and (II) No Liability Claims* (the "Omnibus Objection").[2]

3. I and other of the Debtors' professionals reviewed each claimant's relationship and dealings with the Debtors, the pertinent portions of the Debtors' books and records, the documents attached to the Misclassified Claims, the No Liability Claims, and the claims register.

4. The Misclassified Claims listed on **Exhibit A** to the Omnibus Objection contain no facts or documentation supporting a classification other than that of a general unsecured claim. Accordingly, the Misclassified Claims should be reclassified as general unsecured claims as set forth on **Exhibit A**.

5. The No Liability Claims listed on **Exhibit B** to the Omnibus Objection are claims for which, based upon a review of the filed claims and the Debtors' books and records, the Debtors are not liable. Accordingly, the No Liability Claims should be expunged for the reasons set forth on **Exhibit B.**

6. Accordingly, to ensure the accuracy of the claims register and avoid any improper payments, the Debtors' request that the Court sustain the Omnibus Objection for the reasons set forth therein.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

2

DOCS_LA:316871.1 91893/002

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 24, 2018

By: <u>*/s/ Julie Saltoun*</u>
Julie Saltoun