IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) ) ) | Case No.: 18-10474 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 441** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
(I) AMENDED CLAIMS, AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

The undersigned counsel for the above-captioned reorganized debtors and debtors-in-possession (the "Reorganized Debtors") hereby certifies that:

1. On September 24, 2018, the Reorganized Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Reorganized Debtors' Second Omnibus Objection (Non-Substantive) to Certain (I) Amended Claims and (II) Insufficient Documentation Claims* [Docket No. 441] (the "Claims Objection").

2. Responses to the Claims Objection were to be filed on or before 4:00 p.m. (Eastern Time) on October 9, 2018 (the "Response Deadline").

3. Prior to the Response Deadline, the Reorganized Debtors received informal comments from Tarrant Country. The Reorganized Debtors have agreed to withdrawal the claim objection with respect to Tarrant County, which resolves the informal comments.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

4. The Reorganized Debtors have not received any other responses or objections to the Claims Objection, and no other responses or objections appear on the Court's docket in these cases.

5. The Reorganized Debtors have revised the proposed order and the applicable exhibit (the "<u>Proposed Order</u>") to remove the claim of Tarrant Country from the Amended Claims Exhibit. A copy of the Proposed Order is attached hereto as **<u>Exhibit A</u>**.

6. A blacklined copy of the Proposed Order is attached hereto as **<u>Exhibit B</u>** showing changes made from the proposed order filed with the Claims Objection.

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **<u>Exhibit A</u>** at the convenience of the Court.

Dated: October 10, 2018

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Joseph M. Mulvihill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: joneill@pszjlaw.com
       jpomerantz@pszjlaw.com
       jdulberg@pszjlaw.com
       jmulvihill@pszjlaw.com

Attorneys for Debtors and Debtors in Possession