**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE WALKING COMPANY HOLDINGS, INC., et al.,[1] | ) Case No.: 18-10474 (LSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 441** |

**ORDER SUSTAINING REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN (I) AMENDED CLAIMS, AND (II) INSUFFICIENT DOCUMENTATION CLAIMS**

Upon consideration of the objection (the "Objection"),[2] of the above captioned reorganized debtors (the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order expunging certain proofs of claim, all as more fully set forth in the Objection; and upon consideration of the Saltoun Declaration; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Objection having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is granted as provided herein.

2. Pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, the proofs of claim listed on **Exhibit 1** annexed hereto under the heading "Amended and Superseded Claims" are disallowed and expunged in their entirety.

3. Pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, the proofs of claim listed on **Exhibit 2** annexed hereto under the heading "Insufficient Documentation Claims" are disallowed and expunged in their entirety.

4. This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim referenced and/or identified in the Objection that is or is not listed on **Exhibits 1 or 2** annexed hereto, and all rights to object to or defend against such claims on any basis or other bases are expressly reserved.

5. Should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors' right to object on any other grounds that the Debtors discover during the pendency of these Chapter 11 Cases are preserved.

6. Each of the claims and the objections by the Debtors to such claims, as set forth on **Exhibits 1 and 2** hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. The Debtors', its claims and noticing agent, and the Clerk of this Court are authorized to take all steps necessary or appropriate to carry out this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                      THE HONORABLE LAURIE S. SILVERSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

## Amended and Superseded Claims

AMENDED EXHIBIT

| Name of Claimant | Remaining Claim Number | Amended Claim Number to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| County of Orange | 124 | 8 | $15,583.67 | Claim #8 has been amended and superseded by claim 124 |
| County of Orange | 379 | 124 | $14,328.79 | Claim #124 has been amended and superseded by claim 379 |
| Los Angeles County Treasurer and Tax Collector | 408 | 9 | $11,460.36 | Claim #9 has been amended and superseded by claim #408 |
| THE SHOE HOUSE, INC. | 212 | 163 | $5,280.00 | Claim #163 has been amended and superseded by claim #381 |
| THE SHOE HOUSE, INC. | 381 | 212 | $5,280.00 | Claim #212 has been amended and superseded by claim #381 |

# Exhibit 2

**Insufficient Documentation Claims**

**INSUFFICIENT DOCUMENTATION EXHIBIT**

| Name of Claimant | Claim # | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Angela Sims | 369 | $0.00 | No documentation attached to claim. |
| Brianna Brown | 57 | $1,500.00 | No documentation attached to claim. |
| Jessenia Santana | 235 | $400.00 | No documentation attached to claim. |
| LaJuan Kinnemore | 372 | $35,000.00 | No documentation attached to claim. |
| Mallory Roco | 70 | $1,733.52 | No documentation attached to claim. |
| Victoria Figueroa | 115 | $6,150.00 | No documentation attached to claim. |