IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE WALKING COMPANY HOLDINGS, ) | Case No.: 18-10474 (LSS) |
| INC., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | **Re: Docket No. 445** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN (I) MISCLASSIFIED CLAIMS, AND (II) NO LIABILITY CLAIMS**

The undersigned counsel for the above-captioned reorganized debtors and debtors-in-possession (the "Reorganized Debtors") hereby certifies that:

1. On September 24, 2018, the Reorganized Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Reorganized Debtors' First Omnibus Objection (Substantive) to Certain (I) Misclassified Claims and (II) No Liability Claims* [Docket No. 445] (the "Claims Objection").

2. Responses to the Claims Objection were to be filed on or before 4:00 p.m. (Eastern Time) on October 9, 2018 (the "Response Deadline").

3. The following claim has been adjourned to the hearing on November 30, 2018 at 10:00 a.m. (Eastern Standard Time):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 39 | Putian Xinziesheng Footwear Co. Ltd. | Informal Response |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: The Walking Company Holdings, Inc. (8665); The Walking Company (2061); Big Dog USA, Inc. (5316); and FootSmart, Inc. (9736). The headquarters and service address for the above-captioned Debtors is 25 W. Anapamu, Santa Barbara, CA 93101.

4. The Reorganized Debtors have not received any other responses or objections to the Claims Objection, and no other responses or objections appear on the Court's docket in these cases.

5. The Reorganized Debtors have revised the proposed order and the applicable exhibit (the "Proposed Order") to remove the claim of Putian from the Misclassified Claims Exhibit. A copy of the Proposed Order is attached hereto as **Exhibit A**.

6. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B** showing changes made from the proposed order filed with the Claims Objection.

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: October 18, 2018             PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Joseph M. Mulvihill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
Wilmington, DE 91899
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: joneill@pszjlaw.com
         jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         jmulvihill@pszjlaw.com

Attorneys for Debtors and Debtors in Possession